Ned **SCHWARTZ**, derivatively, on behalf and for the benefit of **BANKAMERICA CORPORATION**, Plaintiff-Appellant,

v.

**BANKAMERICA CORPORATION**, Bank of America, Samuel H. Armacost, Leland S. Prussia, J.M. McDaniel, Jr., A.W. Clausen, Charles R. Schwab, W.H. Bolin, and Robert Frick, Defendants-Appellees.

No. 85–2732.

United States Court of Appeals, Ninth Circuit.

Nov. 23, 1987.

Before SNEED, KENNEDY and BEEZER, Circuit Judges.

**1504**

## ORDER

The petition for rehearing is granted. The opinion previously filed [826 F.2d 905] is withdrawn.